

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00256-CR

Jeffrey **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6806
Honorable Raymond Angelini, Judge Presiding

# O R D E R

     Appellant's brief was originally due on November 24, 2014. Appellant's appointed counsel, Mr. Edward F. Shaughnessy, III, has been granted two extensions of time in which to file appellant's brief, the latest until January 28, 2015. On January 29, 2015, Mr. Shaughnessy requested a third extension of time until February 27, 2015. The motion is GRANTED, and it is ORDERED that Mr. Shaughnessy file appellant's brief no later than February 27, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court